**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00065-CV

### JERRY, MARSHA AND JASON CHAMBERS, Appellants

### V.

### ALLSTATE INSURANCE COMPANY, Appellee

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 87353-422**

## ORDER

We **GRANT** appellants' February 18, 2014 "motion to file 5 page jurisdictional brief with statement of case" and **ORDER** the jurisdictional brief tendered to the Clerk on February 18, 2014 filed as of the date of this order.

/s/ ELIZABETH LANG-MIERS
JUSTICE